# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SHARON TIMMONS                                                          PLAINTIFF

v.                              No. 3:17-cv-107-DPM

L.D. GIBSON                                                             DEFENDANT

## ORDER

Timmons didn't pay the filing fee or file a motion to proceed *in forma pauperis*. The Court directs the Clerk to mail Timmons an IFP form. Timmons must complete and return it, or pay the filing fee, by 5 June 2017. If the form isn't returned or the fee isn't paid by that date, then the Court will dismiss this case without prejudice. LOCAL RULE 4.2(a) & 5.5(c)(2).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 May 2017