IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHARON TIMMONS                                                      PLAINTIFF

v.                              No. 3:17-cv-107-DPM

L.D. GIBSON                                                         DEFENDANT

## ORDER

**1.** Timmons's motion to proceed *in forma pauperis*, № 3, is granted. She has no assets, very little income, and the usual bills.

**2.** The Court must screen her complaint before ordering service. 28 U.S.C. § 1915(e)(2). Timmons and Gibson are both Arkansawyers, so there's no jurisdiction based on diversity of citizenship. 28 U.S.C. § 1332. And Timmons's dispute with Gibson about whether he has a copy of her grandmother's will does not raise any question of federal law. 28 U.S.C. § 1331. So the Court lacks subject matter jurisdiction, and will dismiss Timmons's complaint without prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

15 May 2017