IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHARON TIMMONS                                                          PLAINTIFF

v.                           No. 3:17-cv-107-DPM

L.D. GIBSON                                                             DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 May 2017